IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ALEJANDRO ORTIZ**,

**Plaintiff,**

v.

**J CROSS,**

**Respondent.**                                               No. 12-0317-DRH

## JUDGMENT

**HERNDON, Chief Judge:**

This matter came before the Court for preliminary consideration of petitioner's application for a writ of habeas. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

**IT IS SO ORDERED.**

Signed this 23rd day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.23
10:25:28 -05'00'

**Chief Judge**
**United States District Court**